# 59UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand and fourteen.

_____

Securities and Exchange Commission,
   Plaintiff-Appellee,

v.

Stratocomm Corporation, Roger D. Shearer,
   Defendants-Appellants,

Craig Danzig,
   Defendant.

_____

**ORDER**
Docket No. 14-1259 (L);
              14-1557 (con.)

The parties stipulate that Appellant Roger D. Shearer will rely on the appendix to be filed by Appellant Stratocomm Corporation and will not file his own appendix.

IT IS HEREBY ORDERED that the stipulation is SO ORDERED.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court

